In the Matter of the Claim of ROSETTA COPELAND against THE FOUNDATION COMPANY et al., Appellants. THE STATE INDUSTRIAL BOARD, Respondent.

(Argued March 25, 1931; decided April 14, 1931.)

*George J. Stacy* and *James J. Mahoney* for appellants.

*John J. Bennett, Jr., Attorney-General (E. C. Aiken* of counsel), for respondent.

Order of the Appellate Division reversed and claim dismissed, with costs against the State Industrial Board in the Appellate Division and in this court, on the authority of *Matter of Cameron* v. *Ellis Construction Co.* (252 N. Y. 394); no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.